2004R01221/LR

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Criminal No. 07-56 |
| ALAN TUCHMAN | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 07-56, against defendant Alan Tuchman, charging the defendant with health care fraud in violation of Title 18, United States Code, Section 1349, because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. PETER G. SHERIDAN
United States District Judge

Dated: 1/15/10